UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA SILVA, ET AL., | Case No. C-09-03649 JCS |
| Plaintiffs, | |
| v. | **ORDER FOR JOINT STATEMENT OF UNDISPUTED FACTS** |
| CITY OF SAN LEANDRO, ET AL. | |
| Defendants. / | |

Defendants have filed a motions for summary judgment, which is set for hearing on October 1, 2010. The Court's Standing Order on Motions for Summary Judgment provides as follows:

> The parties shall file a joint statement of undisputed facts. If the parties are unable to reach complete agreement after meeting and conferring, they shall file a joint statement of the undisputed facts about which they do agree. Separate statements of undisputed facts shall not be filed and will not be considered by the Court.

Civil Standing Orders for Magistrate Judge Joseph C. Spero, Revised 11/03/08, ¶ 17. No joint statement of undisputed facts has been filed in support of the pending summary judgment motion. Instead, Defendants have filed a proposed joint statement of undisputed facts that was provided to Plaintiffs on August 24, 2010. In addition, Defendants have submitted a declaration stating that Plaintiffs have not responded to Defendants' proposed joint statement despite repeated requests by Defendants' counsel to do so.

IT IS HEREBY ORDERED that the parties shall file a joint statement of undisputed facts in compliance with the Court's Standing Order by Friday, September 10, 2010. The parties are cautioned that any party who objects to a proposed fact without a reasonable basis for doing so may

be subject to sanctions. Similarly, the Court may deem any proposed fact to which Plaintiffs do not respond to be undisputed.

IT IS SO ORDERED.

Dated: September 3, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge

2