

555 12th Street, Suite 1500
Oakland, California 94607
tel 510.808.2000
fax 510.444.1108
www.meyersnave.com

Tricia L. Hynes
*Attorney at Law*
thynes@meyersnave.com

**ORIGINAL FILED**
NOV 1 0 2010
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

October 26, 2010

**VIA E-FILE and FEDERAL EXPRESS**

Judge James Larson
United States District Court
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, CA 94102

Re:   *Silva, et al. v. City of San Leandro, et al.*
United States District Court, Northern District, Case No. C09-03649 JCS

Dear Judge Larson:

This correspondence is regarding the attendance of the various Defendants at the Mandatory Settlement Conference session on November 12, 2010 in the above-referenced matter. This office represents eight individually-named police officer Defendants. The City is providing a defense in this matter for all of the named Defendants.

Our understanding is that issues regarding the attendance of parties must be brought directly to your attention. It will be a hardship on the City for all of the named officers to attend, and our investigation has reflected that individual Defendants McManus, Khan and Sellers had the most direct involvement in the matter. We thus propose that these officers attend the Mandatory Settlement Conference, along with a representative of the City, and respectfully request that the other named officers be excused from attendance.

We thus request that all officers, other than those named above be excused from the Mandatory Settlement Conference and that the Court not impose sanctions on any officers' failure to attend based on the hardship requiring all to attend would pose to the City.

Please contact us should you require further information.

Very truly yours,

Tricia L. Hynes

TLH:kky
c:   John L. Burris, Esq. (via Facsimile)
     Steven R. Yourke, Esq. (via Facsimile)
1544084.1

A PROFESSIONAL LAW CORPORATION   OAKLAND   LOS ANGELES   SACRAMENTO   SAN FRANCISCO   SANTA ROSA   FRESNO