**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARBARA SILVA,

        Plaintiff(s),

    v.

CITY OF SAN LEANDRO, ET AL.,

        Defendant(s).

_____/

Case No.  C09-03649 JCS

**ORDER DIRECTING JURY
COMMISSIONER TO FURNISH DAILY
REFRESHMENTS**

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the eight (8) members of the jury in the above-entitled matter beginning **January 18, 2011**, **at 7:30 a.m.**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA  94102

IT IS SO ORDERED.

Dated:  January 11, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge