UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARBARA SILVA,                              Case No.  C-09-03649 JCS

           Plaintiff,

     v.

CITY OF SAN LEANDRO, ET AL.,


           Defendants.

_____/


**COURT'S PROPOSED SPECIAL VERDICT FORM: PHASE ONE**


DATED:        January 19, 2011



_____
Hon. Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### JURY VERDICT– PHASE ONE

We, the jury, unanimously find as follows:

      Did Plaintiff prove by a preponderance of the evidence that Officer Sellers committed an unreasonable seizure in violation of Plaintiff's Fourth Amendment rights when he shot Plaintiff's dog?

      Yes_____     No _____

SIGN AND DATE THE SPECIAL VERDICT FORM

**Signed:**_____

**Foreperson of the Jury:**_____

**Dated:**_____

      After this verdict form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict. Please return the verdict form to the Courtroom Deputy.