UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARBARA SILVA,                                      Case No. C-09-03649 JCS

        Plaintiff,

  v.

CITY OF SAN LEANDRO, ET AL.,

        Defendants.
_____/

**COURT'S PROPOSED SPECIAL VERDICT FORM: PHASE TWO**

DATED:     January 19, 2011

                                                  _____
                                                  Hon. Joseph C. Spero
                                                  UNITED STATES MAGISTRATE JUDGE

**JURY VERDICT– PHASE TWO**

We, the jury, unanimously find as follows:

If you find that Plaintiff Silva was damaged by Defendant Seller's shooting of her dog, please indicate the amount below.

Amount of damages:  $_____

SIGN AND DATE THE SPECIAL VERDICT FORM

**Signed:**_____

**Foreperson of the Jury:**_____

**Dated:**_____

After this verdict form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict.  Please return the verdict form to the Courtroom Deputy.