UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARBARA SILVA,                                                                  Case No.  C-09-03649 JCS

        Plaintiff,

  v.

CITY OF SAN LEANDRO, ET AL.,

        Defendants.
_____/

**COURT'S PROPOSED SPECIAL VERDICT FORM: PHASE ONE (REVISED)**

DATED:      January 19, 2011

                                                              _____
                                                              Hon. Joseph C. Spero
                                                              UNITED STATES MAGISTRATE JUDGE

**JURY VERDICT– PHASE ONE**

We, the jury, unanimously find as follows:

1. Did Officer Sellers reasonably believe at the time he shot Plaintiff's dog that the dog was attacking Officer Sellers or the other officers?

    Yes_____    No____

    Go to Question No. 2.

2. Did Plaintiff prove by a preponderance of the evidence that Officer Sellers committed an unreasonable seizure in violation of Plaintiff's Fourth Amendment rights when he shot Plaintiff's dog?

    Yes____    No ____

SIGN AND DATE THE SPECIAL VERDICT FORM

**Signed:**_____

**Foreperson of the Jury:**_____

**Dated:**_____

    After this verdict form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict. Please return the verdict form to the Courtroom Deputy.

2