United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARBARA SILVA,                                         Case No. C-09-03649 JCS

         Plaintiff,

   v.

CITY OF SAN LEANDRO, ET AL.,

         Defendants.
_____/

**SPECIAL VERDICT FORM: PHASE ONE**

DATED:      January 19, 2011

                                                       _____
                                                       Hon. Joseph C. Spero
                                                       UNITED STATES MAGISTRATE JUDGE

**JURY VERDICT– PHASE ONE**

We, the jury, unanimously find as follows:

1. Did Officer Sellers reasonably believe at the time he shot Plaintiff's dog that the dog was moving in a threatening manner towards Officer Sellers or the other officers?

    Yes_____     No____

    Go to Question No. 2.

2. Did Plaintiff prove by a preponderance of the evidence that Officer Sellers committed an unreasonable seizure, under all of the circumstances, in violation of Plaintiff's Fourth Amendment rights when he shot Plaintiff's dog?

    Yes____     No ____

SIGN AND DATE THE SPECIAL VERDICT FORM

**Signed:**_____

**Foreperson of the Jury:**_____

**Dated:**_____

   After this verdict form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict.  Please return the verdict form to the Courtroom Deputy.