UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARBARA SILVA,                                        No. C 09-03649 JCS

        Plaintiff(s),

                                  **ORDER TO SHOW CAUSE**

    v.

CITY OF SAN LEANDRO, ET AL.,

        Defendant(s).

_____/

      Good cause appearing, Plaintiff's counsel Steven Yourke is hereby ORDERED to appear on **January 28, 2011, at 9:30 a.m.,** and then and there show cause why he should not be sanctioned, under the Courts inherent authority and the rules of this Court, and why he should not be held in contempt of Court, based on the repeated instances where counsel has violated this Court's orders and committed other misconduct in this case, including but not limited to: (1)  Failure to disclose the witness and exhibits to be used in the first day of trial at least forty-eight (48) hours before the start of the trial, as required by the Court's Final Pretrial Order, (2) engaging in off the record conversations with members of the jury venir during jury selection, and (3) late filing of Motions in Limine, opposition to Motions for Summary Judgment, and other pleadings.

      The Court will consider whether counsel should be held in contempt of Court and/or sanctioned, and will consider all available remedies including but not limited to (1) payment of attorneys fees and costs of Defendants caused by counsel's conduct, (2) referral to the State Bar of California, (3) referral of counsel to the disciplinary panel of this Court pursuant to the Local Rules and General Orders of this Court, (4) fines, and (5) any other available remedies.

United States District Court

For the Northern District of California

1       IT IS SO ORDERED.

2

3  Dated: January 20, 2011

4

5                           JOSEPH C. SPERO
                              United States Magistrate Judge

**United States District Court**
For the Northern District of California