UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA SILVA, | Case No. C09-03649 JCS |
| Plaintiff(s), | |
| v. | **ORDER EXPUNGING ORDER TO SHOW CAUSE AND VACATING HEARING DATE [Docket No. 135]** |
| CITY OF SAN LEANDRO, ET AL., | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the Order to Show Cause, issued on January 20, 2011, to Steven Yourke, counsel for Plaintiff, is hereby EXPUNGED. The Show Cause Hearing date of January 28, 2011 at 9:30 a.m., has been taken off calendar.

IT IS SO ORDERED.

Dated: January 24, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge